970

No. 73–1156. EVANGELINE PARISH SCHOOL BOARD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1186. MOXEY *v.* SEELY ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–1193. CONSIDINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1197. FLANDERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–1207. BERKLEY, DBA BERKLEY ASSOCIATES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1214. BUXTON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–1225. NATIONAL MARITIME UNION OF AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–1357. COOKE COUNTY ELECTRIC COOPERATIVE ASSN. *v.* TOWN OF LINDSAY. Sup. Ct. Tex. Certiorari denied.

No. 73–1358. PACIFIC HANDY CUTTER, INC., ET AL. *v.* CITY OF SOUTH EL MONTE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–1368. NATIONAL CASH REGISTER Co. *v.* NCR EMPLOYEES' INDEPENDENT UNION ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–5787. BUSTAMANTE-GAMEZ ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.